**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

DIGILENS INC., a California corporation,

Plaintiff,

v.

NIKA OPTICS (TIANJIN) CO., LTD., a Chinese company, YOUCHENG DU, an individual, and ZHIQIN HUANG, an individual,

Defendants.

Case No. 5:26-cv-10763-SVK

*Assigned to Hon. Susan van Keulen*

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER APPOINTING CROWE FOREIGN SERVICES AS INTERNATIONAL PROCESS SERVER**

Complaint Filed: September 21, 2026

The Court has considered Plaintiff DigiLens Inc.'s Motion for Order Appointing Crowe Foreign Services as International Process Server. Good cause appearing and no need for argument (Civ.L.R. 7-1(b), the Motion is GRANTED.

IT IS HEREBY ORDERED that:

1. Crowe Foreign Services, 733 S.W. Vista Avenue, Portland, Oregon 97205, and its authorized agents are appointed as special international process server under Federal Rule of Civil Procedure 4(c)(3) for the limited purpose of facilitating service of process on Defendant Nika Optics (Tianjin) Co., Ltd. in Tianjin, China.

2. Crowe Foreign Services and its authorized agents may prepare, sign, and transmit the request for service, the summons, the First Amended Complaint, and any other required documents to the appropriate Central Authority under the Hague Service Convention; coordinate any required translations, copies, fees, and communications; and receive the Convention certificate or other return concerning service.

3. Crowe Foreign Services shall act only in a manner consistent with Federal Rules of Civil Procedure 4(f)(1) and 4(h)(2), the Hague Service Convention, China's applicable declarations and requirements, and this Order. Nothing in this Order authorizes a method of service prohibited by an international agreement.

4. Plaintiff may file the returned Hague Convention certificate or other competent proof of service in accordance with Federal Rule of Civil Procedure 4(l).

**IT IS SO ORDERED.**

Dated: October 14, 2026

Susan van Keulen

*Hon. Susan van Keulen*
U.S. Magistrate Judge